**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02773-CMA-MJW

LYSA GLUNT, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

GATSBY ENTERTAINMENT, INC., a Colorado corporation,
ROB MERSIS, and
DAN COOK,

    Defendants.

---

**ORDER REGARDING DISMISSAL OF DEFENDANT DAN COOK
AND AMENDING CAPTION**

---

This matter is before the Court on the parties' Notice of Dismissal of Dan Cook (Doc. # 20). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Dan Cook is hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Dan Cook as a Defendant in this case.

DATED: December __13__, 2013

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge