**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02773-CMA-MJW

LYSA GLUNT, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

GATSBY ENTERTAINMENT, INC., a Colorado corporation, and
ROB MERSIS,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12 of Judge Christine M. Arguello entered on February 7, 2014 it is

    ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), or in the Alternative, Motion for Summary Judgment (Doc. # 13) is GRANTED, such that Plaintiff's second claim for relief based on the Fair Labor Standards Act is DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that Plaintiff's first and third claims for relief based on state law wage and breach of contract are DISMISSED WITHOUT PREJUDICE. It is

    FURTHER ORDERED that this case is DISMISSED in its entirety .

    Dated at Denver, Colorado this 7th day of February, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Sandra Hartmann

Sandra Hartmann
Deputy Clerk